ROBIN D. BALL (State Bar No. 159686)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:	(213) 892-9200
Facsimile:	(213) 892-9494
Email:	robin.ball@nortonrosefulbright.com

WILLIAM J. LEONE (*pro hac vice*)
SETH M. KRUGLAK (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone:	(212) 318-3000
Facsimile:	(212) 318-3400
Email:	william.leone@nortonrosefulbright.com
	seth.kruglak@nortonrosefulbright.com

Attorneys for Plaintiff
DONALD KEITH ELLISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD KEITH ELLISON,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No.  3:19-cv-03341-SI<br><br>**DECLARATION OF SETH M. KRUGLAK ATTESTING TO THE FILING OF STIPULATION REGARDING TRO BRIEFING SCHEDULE AND HEARING DATE** |

I, Seth M. Kruglak, declare as follows:

1.	I am a partner at the law firm of Norton Rose Fulbright US LLP, counsel for Plaintiff Donald Keith Ellison in this matter brought against the United States of America.  I have personal

DOCUMENT PREPARED ON RECYCLED PAPER

knowledge of the facts stated herein and if called to testify could and would competently testify thereto. I make this declaration attesting to the filing of the Stipulation Regarding TRO Briefing Schedule and Hearing Date, filed on June 19, 2019 [ECF #20].

2. Pursuant to Civil L.R. 5.1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of the Stipulation Regarding TRO Briefing Schedule and Hearing Date, filed on June 19, 2019 [ECF #20], has been obtained from David Countryman and William J. Leone with conformed signatures contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of June, 2019, at New York, New York.

>  /s/ *Seth M. Kruglak*
>  SETH M. KRUGLAK *(pro hac vice)*
>  Norton Rose Fulbright US LLP
>  Attorneys for Plaintiff Donald Keith Ellison

DECLARATION OF SETH M. KRUGLAK ATTESTING TO THE FILING OF
STIPULATION REGARDING TRO BRIEFING SCHEDULE AND HEARING DATE

DOCUMENT PREPARED ON RECYCLED PAPER