ROBIN D. BALL (State Bar No. 159686)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:      (213) 892-9200
Facsimile:       (213) 892-9494
Email:            robin.ball@nortonrosefulbright.com

WILLIAM J. LEONE (*pro hac vice*)
SETH M. KRUGLAK (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone:      (212) 318-3000
Facsimile:       (212) 318-3400
Email:            william.leone@nortonrosefulbright.com
                      seth.kruglak@nortonrosefulbright.com

Attorneys for Plaintiff
DONALD KEITH ELLISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD KEITH ELLISON,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.  3:19-cv-~~03441~~-SI  3341 SI<br><br>**[PROPOSED] ORDER REGARDING TRO BRIEFING SCHEDULE AND HEARING DATE** |

Document Prepared on Recycled Paper

1   **[PROPOSED] ORDER REGARDING TRO BRIEFING SCHEDULE
2   AND HEARING DATE**

3       **PURSUANT TO STIPULATION,** and for good cause shown, the Court hereby orders

4   that:

5       The hearing on the relief sought in Plaintiff's motion for a temporary restraining order will

6   be held on Friday, June 28, 2019, at 10:00 a.m.

7       Plaintiff's moving papers have been filed and served as of June 14, 2019.

8       Defendant's opposition papers shall be filed and served on or before Friday, June 21,

9   2019.

10      Plaintiff's reply papers shall be filed and served on or before Wednesday, June 26, 2019.

11

12

13      **IT IS SO ORDERED.**

14

15

16

17      Dated:   6/20/19                    _____
                                            HON. SUSAN ILLSTON
18                                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER