ROBIN D. BALL (State Bar No. 159686)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone:      (213) 892-9200
Facsimile:      (213) 892-9494
Email:          robin.ball@nortonrosefulbright.com

WILLIAM J. LEONE (*pro hac vice* pending)
SETH KRUGLAK (*pro hac vice* pending)
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone:      (212) 318-3000
Facsimile:      (212) 318-3400
Email:          william.leone@nortonrosefulbright.com
                seth.kruglak@nortonrosefulbright.com

Attorneys for Plaintiff
Donald Keith Ellison

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD KEITH ELLISON, | Case No.  3:19-cv-03341-SI |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

DOCUMENT PREPARED
ON RECYCLED PAPER

## CERTIFICATE OF SERVICE

I, Evette M. Rodriguez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On June 20, 2019, I served a copy of the within document(s):

**1) STIPULATION REGARDING TRO BRIEFING SCHEDULE AND HEARING DATE;**

**2) [PROPOSED] ORDER REGARDING TRO BRIEFING SCHEDULE AND HEARING DATE; AND**

**3) DECLARATION OF SETH M. KRUGLAK ATTESTING TO THE FILING OF STIPULATION REGARDING TRO BRIEFING SCHEDULE AND HEARING DATE**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by transmitting via e-mail or other electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

David Countryman
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Seth Erbe
U.S. Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR  00918
Email:  seth.a.erbe@usdoj.gov

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 20, 2019, at Los Angeles, California.

Evette M. Rodriguez

CERTIFICATE OF SERVICE

DOCUMENT PREPARED
ON RECYCLED PAPER